1   RENE L. VALLADARES
    Federal Public Defender
2   State Bar No. 11479
    PAUL D. RIDDLE
3   Assistant Federal Public Defender
    411 E. Bonneville, Ste. 250
4   Las Vegas, Nevada 89101
    (702) 388-6577/Phone
5   (702) 388-6261/Fax

6   Attorney for Esmeralda Savsedo-Leon

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10  UNITED STATES OF AMERICA,            Case No. 2:17-cr-00310-RFB-VCF-1

11              Plaintiff,               **STIPULATION TO CONTINUE**
                                         **SENTENCING HEARING**
12          v.                           (First Request)

13  ESMERALDA SAVSEDO-LEON,

14              Defendant.

15

16          IT IS HEREBY STIPULATED AND AGREED, by and between Susan Cushman,

17  United States Attorney, counsel for the United States of America, and Rene L. Valladares,

18  Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for

19  Esmeralda Savsedo-Leon, that the Sentencing Hearing currently scheduled on September 13,

20  2018 at 3:00 p.m., be vacated and continued to a date and time convenient to the Court, but no

21  earlier than thirty (30) days.

22          This Stipulation is entered into for the following reasons:

23          1.      The parties need additional time to prepare for sentencing.

24          2.      The defendant is in custody and does not oppose a continuance.

25          3.      The parties agree to the continuance.

26

This is the first request for a continuance of the sentencing hearing.

DATED this 3rd day of August, 2018.


RENE L. VALLADARES                          DAYLE ELIESON
Federal Public Defender                     United States Attorney


By _/s/ Paul D. Riddle_____            By _/s/ Susan Cushman_____
PAUL D. RIDDLE                              SUSAN CUSHMAN
Assistant Federal Public Defender           Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00310-RFB-VCF-1 |
| Plaintiff, | **<u>ORDER</u>** |
| v. | |
| ESMERALDA SAVSEDO-LEON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, September 13, 2018 at 3:00 p.m., be vacated and continued to __October 17, 2018__ at the hour of _3:00_ __p.m.; or to a time and date convenient to the court.

DATED this _6th_ day of <u>August</u>, 20<u>18</u>

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE