DAYLE ELIESON
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Susan.Cushman@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-0310-RFB-VCF |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING |
| ESMERALDA SAVSEDO-LEON, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney; Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Paul Riddle, Esq. counsel for defendant, that sentencing in the above-captioned matter currently scheduled to commence on Wednesday, October 17, 2016, at 3:00 p.m. be vacated and continued to a date and time convenient to all parties, but no later than 30 days.

This Stipulation is entered into for the following reason:

1. Undersigned counsel for the government will be out of the District attending a work-related conference from October 15-19, 2018.

2. The parties agree to the continuance.

3. The defendant is in custody and does not object to the continuance.

4.      This is the second request to continue the sentencing.

DATED this the 9th day of October, 2018.

                                      DAYLE ELIESON
                                      United States Attorney

                                        */s/ Susan Cushman*
                                    _____
                                    SUSAN CUSHMAN
                                    Assistant United States Attorney


                                        */s/ Paul Riddle*
                                    _____
                                    PAUL RIDDLE
                                    Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:17-cr-0310-RFB-VCF |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE SENTENCING |
| vs. ) | |
| ESMERALDA SAVSEDO-LEON, ) | |
| Defendant. ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until __October 25, 2018__ at the hour of __11:00__ a.m.

DATED this 10th day of October 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE